## United States Bankruptcy Court
### Middle District of Florida

In re   **FTTE, LLC**                                                                 Case No.   _____
                                              Debtor(s)                               Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FTTE, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 2, 2018** | **/s/ Richard Johnston, Jr.** |
| Date | Richard Johnston, Jr. 0340995 |
| | Signature of Attorney or Litigant |
| | Counsel for   **FTTE, LLC** |
| | **JOHNSTON LAW, PLLC** |
| | **7370 College Parkway** |
| | **Suite 207** |
| | **Fort Myers, FL 33907** |
| | **239-600-6200 Fax:877-727-4513** |
| | **richard@richardjohnstonlaw.com** |