Fill in this information to identify the case:

Debtor name: **FTTE, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allied Portable<br>PO Box 2506<br>Fort Myers, FL 33902-2506 | | Portable toilets rental | | | | $3,693.00 |
| Banks Engineering<br>4161 Tamiai Trail, Bldg 5<br>Suite 501<br>Port Charlotte, FL 33952 | | Engineering servies | | | | $40,832.00 |
| Blanchard Communications<br>11637 Kensinton Court<br>Boca Raton, FL 33428 | | Radio purchase and rentals | | | | $2,480.00 |
| Charlotte County Tax Coll.<br>18500 Murdock Circle<br>Port Charlotte, FL 33948-1075 | | Intangible tax | | $5,399.00 | $0.00 | $5,399.00 |
| Core Cashless<br>14803 W. 95th Street<br>Lenexa, KS 66215 | | Point of sale services | | | | $40,000.00 |
| Creative Modular Buildings, Inc.<br>8875 Hidden River Parkway<br>Suite 300<br>Tampa, FL 33637 | | Mobile food concession | | | | $19,129.72 |
| David Isley, CPA<br>15601 Glendale Lane<br>Fort Myers, FL 33912 | | Accounting services | | | | $70,000.00 |

Debtor **FTTE, LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Environmental Concrete & Materials<br>15450 Alico Rd<br>Fort Myers, FL 33913 | | Loan | | | | $20,000.00 |
| Fiber Solutions<br>12120 Metro Parkway<br>Fort Myers, FL 33966 | | Internet infrastructure, installations on site | | | | $44,001.65 |
| Fusion<br>4 Piedmont Center<br>Suite 600<br>Atlanta, GA 30305 | | Original internet service provider | | | | $2,900.00 |
| Gator Golf Carts<br>14580 Global Pkwy<br>Suite 110<br>Fort Myers, FL 33913 | | Golf cart | | $2,780.00 | $500.00 | $2,280.00 |
| Hertz Rental Equipment<br>4609 US Hwy 92 East<br>Lakeland, FL 33801 | | Equipment rental | | | | $75,267.59 |
| Kubota Credit<br>3401 Del Amo Blvd.<br>Torrance, CA 90503 | | 2014 Skid Steer | | $22,844.15 | $15,000.00 | $7,844.15 |
| Paul Polakoff Electric<br>PO Box 739<br>Estero, FL 33929 | | Electrical and electrical equipment installation | | | | $40,000.00 |
| Presidio<br>5237 Summerlin Commons Blvd.<br>Suite 328<br>Fort Myers, FL 33907 | | Internet services provider | | | | $47,330.84 |
| Riley Group Direct, Inc.<br>12814 Huntley Manor Dr<br>Jacksonville, FL 32224-7906 | | Wrist bands for concerts | | | | $9,500.00 |
| Southwest Engineering & Design<br>660 Charlotte St., Suite 8<br>Punta Gorda, FL 33982 | | Unknown | | | | $19,750.00 |