**Fill in this information to identify the case:**

Debtor name  **FTTE, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **9:18-bk-00841**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $                0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $       8,277,556.56

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $       8,277,556.56

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $       2,140,760.19

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $                0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................. +$       2,571,089.85

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b

   $       4,711,850.04

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FTTE, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **9:18-bk-00841**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First One Bank, 11741 Palm Beach Blvd # 100, Fort Myers, FL 33905** | **Business Checking** | 5906 | $7,072.36 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**     $7,072.36
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **FTTE, LLC**
Name                                                    Case number *(if known)*  **9:18-bk-00841**

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|     **See attached Tax Asset Detail Report** | $0.00 | Tax records | $8,270,484.20 |

---

51.    **Total of Part 8.**                                    | $8,270,484.20 |

    Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **FTTE, LLC**
_____
Name

Case number *(If known)*  **9:18-bk-00841**
_____

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Land Lease for 996 acres with option to lease 500 additional acres in Charlotte County, FL** | **Lease** | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **FTTE, LLC** | Case number *(If known)* **9:18-bk-00841** |
|---|---|---|
| | Name | |

**Creditor in Chapter 7 bankruptcy case of FRANZ JOSEF ROSINUS against the Debtor and affiliates; Case No. 9:17-bk-00426-FMD; Also additional claims, crossclaims and possible third party claims. Present claims are listed in the attached list of claims or lawsuits. The Debtor continues discovery and may have additional claims which are ascertained after the filing of this Schedule.**

**Unknown**

| **Nature of claim** | **Various** | |
|---|---|---|
| **Amount requested** | | **$1,094,652.03** |

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Debtor | **FTTE, LLC** | Case number *(If known)* **9:18-bk-00841** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$7,072.36** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$8,270,484.20** | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$8,277,556.56** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$8,277,556.56** |

2515  FTTE, LLC
46-2294639
FYE: 12/31/2016

# Tax Asset Detail   1/01/16 - 12/31/16

10/06/2017  10:49 AM

Page 1

| Asset | d t | Property  Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:  CIP - CONSTRUCTION EQUIP** | | | | | | | | | | | | |
| 50 | | CONTRUCTION  EQUIPMENT | 4/21/15 | 445.85 | 0.00 | 222.93 | 254.78 | 54.59 | 309.37 | 136.48 | 200DB | 7.0 |
| | | **CIP - CONSTRUCTION EQUIP** | | 445.85 | 0.00c | 222.93 | 254.78 | 54.59 | 309.37 | 136.48 | | |
| **Group:  CIP -POS EQUIPMENT** | | | | | | | | | | | | |
| 31 | | POS  EQUIPMENT | 4/21/15 | 167,283.00 | 0.00 | 83,641.50 | 95,590.29 | 20,483.63 | 116,073.92 | 51,209.08 | 200DB | 7.0 |
| 32 | | POS  EQUIPMENT | 8/11/15 | 4,692.41 | 0.00 | 2,346.21 | 2,681.38 | 574.58 | 3,255.96 | 1,436.45 | 200DB | 7.0 |
| | | **CIP -POS EQUIPMENT** | | 171,975.41 | 0.00c | 85,987.71 | 98,271.67 | 21,058.21 | 119,329.88 | 52,645.53 | | |
| **Group:  CIP- OTHER** | | | | | | | | | | | | |
| 28 | | CIP - OTHER 13 | 4/21/15 | 4,810.37 | 0.00 | 0.00 | 87.37 | 123.34 | 210.71 | 4,599.66 | S/L | 39.0 |
| 29 | | CIP - OTHER 14 | 4/21/15 | 2,090.19 | 0.00 | 0.00 | 37.96 | 53.59 | 91.55 | 1,998.64 | S/L | 39.0 |
| 30 | | CIP - OTHER 15 | 4/21/15 | 143,407.57 | 0.00 | 0.00 | 2,604.62 | 3,677.12 | 6,281.74 | 137,125.83 | S/L | 39.0 |
| 69 | | CIP-OTHER HERTZ EQUIP RENT | 4/07/16 | 33,988.89 | 0.00c | 0.00 | 0.00 | 617.32 | 617.32 | 33,371.57 | S/L | 39.0 |
| | | **CIP- OTHER** | | 184,297.02 | 0.00c | 0.00 | 2,729.95 | 4,471.37 | 7,201.32 | 177,095.70 | | |
| **Group:  CIP-ADMINISTRATION** | | | | | | | | | | | | |
| 24 | | CIP - ADMIN 14 | 4/21/15 | 661,941.39 | 0.00 | 0.00 | 33,097.07 | 44,129.43 | 77,226.50 | 584,714.89 | Amort | 15.00 |
| 25 | | CIP - ADMIN 15 | 4/21/15 | 9,713.90 | 0.00 | 0.00 | 485.69 | 647.59 | 1,133.28 | 8,580.62 | Amort | 15.00 |
| | | **CIP-ADMINISTRATION** | | 671,655.29 | 0.00c | 0.00 | 33,582.76 | 44,777.02 | 78,359.78 | 593,295.51 | | |
| **Group:  CIP-COMPUTER & INTERNET** | | | | | | | | | | | | |
| 26 | | CIP - COMPUTER & INTERNET | 4/21/15 | 16,478.20 | 0.00 | 8,239.10 | 9,886.92 | 2,636.51 | 12,523.43 | 3,954.77 | 200DB | 5.0 |
| 27 | | CIP-COMPUTER & INTERNET 1! | 11/03/15 | 1,313.53 | 0.00 | 656.77 | 788.12 | 210.16 | 998.28 | 315.25 | 200DB | 5.0 |
| | | **CIP-COMPUTER & INTERNET** | | 17,791.73 | 0.00c | 8,895.87 | 10,675.04 | 2,846.67 | 13,521.71 | 4,270.02 | | |
| **Group:  CIP-CONCESSION  BLDG** | | | | | | | | | | | | |
| 22 | | CIP - CONCESSION BLDG | 4/21/15 | 25,270.00 | 0.00 | 0.00 | 458.96 | 647.95 | 1,106.91 | 24,163.09 | S/L | 39.0 |
| 68 | | CIP-CONCESSION  BUILDING | 4/07/16 | 51,416.54 | 0.00c | 25,708.27 | 0.00 | 29,380.88 | 29,380.88 | 22,035.66 | 200DB | 7.0 |
| | | **CIP-CONCESSION  BLDG** | | 76,686.54 | 0.00c | 25,708.27 | 458.96 | 30,028.83 | 30,487.79 | 46,198.75 | | |
| **Group:  CIP-CONSTRUCTION** | | | | | | | | | | | | |
| 1 | | CIP - 2013 | 4/21/15 | 46,168.00 | 0.00 | 0.00 | 838.52 | 1,183.79 | 2,022.31 | 44,145.69 | S/L | 39.0 |
| 2 | | CIP-2014 | 4/21/15 | 2,867,906.97 | 0.00 | 0.00 | 52,088.05 | 73,536.08 | 125,624.13 | 2,742,282.84 | S/L | 39.0 |
| 3 | | CIP - 2015 | 4/21/15 | 1,223,026.09 | 0.00 | 0.00 | 22,213.08 | 31,359.64 | 53,572.72 | 1,169,453.37 | S/L | 39.0 |
| 63 | | CIP-Construction-Paint for Pull Pad | 3/11/16 | 123.26 | 0.00c | 61.63 | 0.00 | 62.88 | 62.88 | 60.38 | S/L | 39.0 |
| 73 | | CIP-Construction  Expense | 7/01/16 | 1,064.84 | 0.00c | 0.00 | 0.00 | 12.51 | 12.51 | 1,052.33 | S/L | 39.0 |

2515  FTTE, LLC
46-2294639
FYE: 12/31/2016

# Tax Asset Detail    1/01/16 - 12/31/16

10/06/2017  10:49 AM

Page 2

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: CIP-CONSTRUCTION (continued)** | | | | | | | | | | | | |
| | | **CIP-CONSTRUCTION** | | 4,138,289.16 | 0.00c | 61.63 | 75,139.65 | 106,154.90 | 181,294.55 | 3,956,994.61 | | |
| **Group: CIP-CONSULTING** | | | | | | | | | | | | |
| 4 | | CIP - CONSULTING 13 | 4/21/15 | 355,539.00 | 0.00 | 0.00 | 17,776.95 | 23,702.60 | 41,479.55 | 314,059.45 | Amort | 15.00 |
| 5 | | CIP CONSULTING 14 | 4/21/15 | 674,966.70 | 0.00 | 0.00 | 33,748.34 | 44,997.78 | 78,746.12 | 596,220.58 | Amort | 15.00 |
| 6 | | CIP - CONSULTING 2015 | 4/21/15 | 58,484.50 | 0.00 | 0.00 | 2,924.23 | 3,898.97 | 6,823.20 | 51,661.30 | Amort | 15.00 |
| | | **CIP-CONSULTING** | | 1,088,990.20 | 0.00c | 0.00 | 54,449.52 | 72,599.35 | 127,048.87 | 961,941.33 | | |
| **Group: CIP-ELECTRICAL** | | | | | | | | | | | | |
| 18 | | CIP - ELECTRICAL 14 | 4/21/15 | 143,810.00 | 0.00 | 0.00 | 2,611.93 | 3,687.44 | 6,299.37 | 137,510.63 | S/L | 39.0 |
| 19 | | CIP - ELECTRICAL 15 | 4/21/15 | 212,840.05 | 0.00 | 0.00 | 3,865.68 | 5,457.44 | 9,323.12 | 203,516.93 | S/L | 39.0 |
| 62 | | SOUND SYSTEM | 7/01/15 | 3,000.00 | 0.00 | 1,500.00 | 1,714.29 | 367.35 | 2,081.64 | 918.36 | 200DB | 7.0 |
| 67 | | CIP-ELECTRICAL- P. POLLAKOI | 2/19/16 | 500.00 | 0.00c | 250.00 | 0.00 | 285.71 | 285.71 | 214.29 | 200DB | 7.0 |
| | | **CIP-ELECTRICAL** | | 360,150.05 | 0.00c | 1,750.00 | 8,191.90 | 9,797.94 | 17,989.84 | 342,160.21 | | |
| **Group: CIP-EXPO BLDG** | | | | | | | | | | | | |
| 23 | | CIP - EXPO BLDG | 4/21/15 | 240,675.06 | 0.00 | 0.00 | 4,371.24 | 6,171.16 | 10,542.40 | 230,132.66 | S/L | 39.0 |
| | | **CIP-EXPO BLDG** | | 240,675.06 | 0.00c | 0.00 | 4,371.24 | 6,171.16 | 10,542.40 | 230,132.66 | | |
| **Group: CIP-MARKETING** | | | | | | | | | | | | |
| 7 | | CIP - MARKETING 13 | 4/21/15 | 13,200.00 | 0.00 | 0.00 | 660.00 | 880.00 | 1,540.00 | 11,660.00 | Amort | 15.00 |
| 8 | | CIP - MARKETING 14 | 4/21/15 | 100,630.64 | 0.00 | 0.00 | 5,031.53 | 6,708.71 | 11,740.24 | 88,890.40 | Amort | 15.00 |
| 9 | | CIP - MARKETING 15 | 4/21/15 | 59,293.72 | 0.00 | 0.00 | 2,964.69 | 3,952.91 | 6,917.60 | 52,376.12 | Amort | 15.00 |
| | | **CIP-MARKETING** | | 173,124.36 | 0.00c | 0.00 | 8,656.22 | 11,541.62 | 20,197.84 | 152,926.52 | | |
| **Group: CIP-MODULAR BLDG** | | | | | | | | | | | | |
| 57 | | Modular Building -Security | 12/31/14 | 112,243.84 | 0.00 | 0.00 | 2,878.05 | 2,878.05 | 5,756.10 | 106,487.74 | S/L | 39.0 |
| 58 | | Modular Building -General | 12/31/14 | 131,737.33 | 0.00 | 0.00 | 3,377.88 | 3,377.88 | 6,755.76 | 124,981.57 | S/L | 39.0 |
| 59 | | Modular Building -Pro Shop | 12/31/14 | 145,370.42 | 0.00 | 0.00 | 3,727.45 | 3,727.45 | 7,454.90 | 137,915.52 | S/L | 39.0 |
| 60 | | Modular Building -Office | 12/31/14 | 205,358.88 | 0.00 | 0.00 | 5,265.61 | 5,265.61 | 10,531.22 | 194,827.66 | S/L | 39.0 |
| 61 | | Modular Buildings-Motocross | 12/31/14 | 153,800.93 | 0.00 | 0.00 | 3,943.61 | 3,943.61 | 7,887.22 | 145,913.71 | S/L | 39.0 |
| | | **CIP-MODULAR BLDG** | | 748,511.40 | 0.00c | 0.00 | 19,192.60 | 19,192.60 | 38,385.20 | 710,126.20 | | |
| **Group: CIP-PERMITS & LICENSES** | | | | | | | | | | | | |
| 10 | | CIP - PERMITS & LICENSES 13 | 4/21/15 | 18,899.00 | 0.00 | 0.00 | 944.95 | 1,259.93 | 2,204.88 | 16,694.12 | Amort | 15.00 |
| 11 | | CIP - PERMITS & LICENSES 14 | 4/21/15 | 15,483.33 | 0.00 | 0.00 | 774.17 | 1,032.22 | 1,806.39 | 13,676.94 | Amort | 15.00 |
| 12 | | CIP - PERMITS & LICENSES 15 | 4/21/15 | 79,276.56 | 0.00 | 0.00 | 3,963.83 | 5,285.10 | 9,248.93 | 70,027.63 | Amort | 15.00 |
| 65 | | PERMITS & LICENSE-CHARLOT | 3/21/16 | 197.50 | 0.00c | 0.00 | 0.00 | 10.97 | 10.97 | 186.53 | Amort | 15.00 |
| 66 | | PERMITS & LICENSE -K LONG I | 11/03/16 | 500.00 | 0.00c | 0.00 | 0.00 | 5.56 | 5.56 | 494.44 | Amort | 15.00 |

2515 FTTE, LLC
46-2294639
FYE: 12/31/2016

Case 9:18-bk-00841-FMD    Doc 24    Filed 03/05/18    Page 9 of 29

10/06/2017  10:49 AM

**Tax Asset Detail    1/01/16 - 12/31/16**

Page 3

| Asset | dt | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: CIP-PERMITS & LICENSES (continued)** | | | | | | | | | | | | |
| | | **CIP-PERMITS & LICENSES** | | 114,356.39 | 0.00c | 0.00 | 5,682.95 | 7,593.78 | 13,276.73 | 101,079.66 | | |
| **Group: CIP-PRO FEES** | | | | | | | | | | | | |
| 13 | | CIP - PRO FEES 13 | 4/21/15 | 219,477.49 | 0.00 | 0.00 | 10,973.87 | 14,631.83 | 25,605.70 | 193,871.79 | Amort | 15.00 |
| 14 | | CIP - PRO FEES 14 | 4/21/15 | 244,932.61 | 0.00 | 0.00 | 12,246.63 | 16,328.84 | 28,575.47 | 216,357.14 | Amort | 15.00 |
| 15 | | CIP - PRO FEES 15 | 4/21/15 | 92,339.71 | 0.00 | 0.00 | 4,616.99 | 6,155.98 | 10,772.97 | 81,566.74 | Amort | 15.00 |
| 71 | | Prf. Fees-Creative Mod Engineering | 7/01/16 | 8,500.00 | 0.00c | 0.00 | 0.00 | 283.33 | 283.33 | 8,216.67 | Amort | 15.00 |
| 72 | | CIP - Banks Engineering | 1/22/16 | 5,000.00 | 0.00c | 0.00 | 0.00 | 333.33 | 333.33 | 4,666.67 | Amort | 15.00 |
| | | **CIP-PRO FEES** | | 570,249.81 | 0.00c | 0.00 | 27,837.49 | 37,733.31 | 65,570.80 | 504,679.01 | | |
| **Group: CIP-WEB DESIGN** | | | | | | | | | | | | |
| 16 | | CIP - WEBDESIGN 13 | 4/21/15 | 13,996.18 | 0.00 | 0.00 | 699.81 | 933.08 | 1,632.89 | 12,363.29 | Amort | 15.00 |
| 17 | | CIP - WEBDESIGN 15 | 4/21/15 | 148.50 | 0.00 | 0.00 | 7.43 | 9.90 | 17.33 | 131.17 | Amort | 15.00 |
| | | **CIP-WEB DESIGN** | | 14,144.68 | 0.00c | 0.00 | 707.24 | 942.98 | 1,650.22 | 12,494.46 | | |
| **Group: EQUIPMENT** | | | | | | | | | | | | |
| 40 | | EQUIPMENT | 4/21/15 | 4,987.98 | 0.00 | 2,493.99 | 2,850.27 | 610.77 | 3,461.04 | 1,526.94 | 200DB | 7.0 |
| 51 | | EQUIPMENT | 3/31/15 | 15,597.70 | 0.00 | 7,798.85 | 8,912.97 | 1,909.92 | 10,822.89 | 4,774.81 | 200DB | 7.0 |
| 56 | | PORTABLES | 7/01/15 | 24,360.75 | 0.00 | 12,180.38 | 13,920.43 | 2,982.95 | 16,903.38 | 7,457.37 | 200DB | 7.0 |
| | | **EQUIPMENT** | | 44,946.43 | 0.00c | 22,473.22 | 25,683.67 | 5,503.64 | 31,187.31 | 13,759.12 | | |
| **Group: Food & Beverage** | | | | | | | | | | | | |
| 37 | | CONCESSION STAND | 4/21/15 | 26,000.00 | 0.00 | 13,000.00 | 14,857.14 | 3,183.67 | 18,040.81 | 7,959.19 | 200DB | 7.0 |
| | | **Food & Beverage** | | 26,000.00 | 0.00c | 13,000.00 | 14,857.14 | 3,183.67 | 18,040.81 | 7,959.19 | | |
| **Group: LAND LEASE** | | | | | | | | | | | | |
| 41 | | LAND LEASE 13 | 4/21/15 | 25,000.00 | 0.00 | 0.00 | 1,250.00 | 1,666.67 | 2,916.67 | 22,083.33 | Amort | 15.00 |
| 42 | | LAND LEASE 14 | 4/21/15 | 100,000.00 | 0.00 | 0.00 | 5,000.00 | 6,666.67 | 11,666.67 | 88,333.33 | Amort | 15.00 |
| 55 | | LAND LEASE 15 | 7/01/15 | 75,000.00 | 0.00 | 0.00 | 2,500.00 | 5,000.00 | 7,500.00 | 67,500.00 | Amort | 15.00 |
| 64 | | LAND LEASE-16 | 7/01/16 | 125,000.00 | 0.00c | 0.00 | 0.00 | 4,166.67 | 4,166.67 | 120,833.33 | Amort | 15.00 |
| | | **LAND LEASE** | | 325,000.00 | 0.00c | 0.00 | 8,750.00 | 17,500.01 | 26,250.01 | 298,749.99 | | |
| **Group: OFFICE EQUIPMENT** | | | | | | | | | | | | |
| 39 | | COMPUTERS & ACCESSORIES | 4/21/15 | 2,257.70 | 0.00 | 1,128.85 | 1,354.62 | 361.23 | 1,715.85 | 541.85 | 200DB | 5.0 |
| 45 | | COMPUTERS & ACCESSORIES | 4/21/15 | 14,491.95 | 0.00 | 7,245.98 | 8,695.17 | 2,318.71 | 11,013.88 | 3,478.07 | 200DB | 5.0 |
| 46 | | COMPUTERS & ACCESSORIES | 4/21/15 | 7,859.65 | 0.00 | 3,929.83 | 4,715.79 | 1,257.54 | 5,973.33 | 1,886.32 | 200DB | 5.0 |

2515 FTTE, LLC
46-2294639
FYE: 12/31/2016

Case 9:18-bk-00841-FMD   Doc 24   Filed 03/05/18   Page 10 of 29

10/06/2017  10:49 AM
Page 4

# Tax Asset Detail   1/01/16 - 12/31/16

| Asset | d t | Property  Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:  OFFICE EQUIPMENT (continued)** | | | | | | | | | | | | |
| | | **OFFICE  EQUIPMENT** | | 24,609.30 | 0.00c | 12,304.66 | 14,765.58 | 3,937.48 | 18,703.06 | 5,906.24 | | |
| **Group:  PAINTBALL  EQUIPMENT** | | | | | | | | | | | | |
| 38 | | PAINTBALL  COMPRESSOR | 4/21/15 | 14,537.70 | 0.00 | 7,268.85 | 8,307.26 | 1,780.13 | 10,087.39 | 4,450.31 | 200DB | 7.0 |
| 44 | | PAINTBALL  EQUIP | 4/21/15 | 4,469.96 | 0.00 | 2,234.98 | 2,554.26 | 547.34 | 3,101.60 | 1,368.36 | 200DB | 7.0 |
| | | **PAINTBALL  EQUIPMENT** | | 19,007.66 | 0.00c | 9,503.83 | 10,861.52 | 2,327.47 | 13,188.99 | 5,818.67 | | |
| **Group:  REC LAKE EQUIP** | | | | | | | | | | | | |
| 53 | | REC LAKE EQUIPMENT | 4/26/15 | 614.13 | 0.00 | 307.07 | 350.94 | 75.20 | 426.14 | 187.99 | 200DB | 7.0 |
| | | **REC LAKE EQUIP** | | 614.13 | 0.00c | 307.07 | 350.94 | 75.20 | 426.14 | 187.99 | | |
| **Group:  SAFETY  EQUIPMENT** | | | | | | | | | | | | |
| 54 | | SAFETY  EQUIPMENT | 4/21/15 | 2,826.42 | 0.00 | 1,413.21 | 1,615.10 | 346.09 | 1,961.19 | 865.23 | 200DB | 7.0 |
| | | **SAFETY  EQUIPMENT** | | 2,826.42 | 0.00c | 1,413.21 | 1,615.10 | 346.09 | 1,961.19 | 865.23 | | |
| **Group:  TRACTORS, MOWERS, FARM EQ** | | | | | | | | | | | | |
| 33 | | KUBOTA SVL 90 | 4/21/15 | 111,836.72 | 0.00 | 55,918.36 | 63,906.70 | 13,694.29 | 77,600.99 | 34,235.73 | 200DB | 7.0 |
| 52 | | JOHN DEERE TRACTOR | 5/31/15 | 9,722.42 | 0.00 | 4,861.21 | 5,555.67 | 1,190.50 | 6,746.17 | 2,976.25 | 200DB | 7.0 |
| 70 | | JOHN DEERE, MOWERS< GATO | 7/01/16 | 36,451.10 | 0.00c | 18,225.55 | 0.00 | 21,870.66 | 21,870.66 | 14,580.44 | 200DB | 5.0 |
| | | **TRACTORS, MOWERS, FARM EQ** | | 158,010.24 | 0.00c | 79,005.12 | 69,462.37 | 36,755.45 | 106,217.82 | 51,792.42 | | |
| **Group:  TRAILERS** | | | | | | | | | | | | |
| 48 | | VEHICLE - TRAILER | 4/21/15 | 2,228.12 | 0.00 | 1,114.06 | 1,273.21 | 272.83 | 1,546.04 | 682.08 | 200DB | 7.0 |
| | | **TRAILERS** | | 2,228.12 | 0.00c | 1,114.06 | 1,273.21 | 272.83 | 1,546.04 | 682.08 | | |
| **Group:  VEHICLES** | | | | | | | | | | | | |
| 34 | | GP SERV | 4/21/15 | 12,623.81 | 0.00 | 6,311.91 | 7,574.29 | 2,019.81 | 9,594.10 | 3,029.71 | 200DB | 5.0 |
| 35 | | SITE POLARIS RANGER | 4/21/15 | 12,736.45 | 0.00 | 6,368.23 | 7,641.87 | 2,037.83 | 9,679.70 | 3,056.75 | 200DB | 5.0 |
| 47 | | FORD F-350 | 4/21/15 | 10,000.00 | 0.00 | 5,000.00 | 6,000.00 | 1,600.00 | 7,600.00 | 2,400.00 | 200DB | 5.0 |
| 49 | | NEW TRUCK | 1/01/15 | 47,160.16 | 0.00 | 11,460.00 | 11,460.00 | 5,600.00 | 17,060.00 | 30,100.16 | 200DB | 5.0 |
| | | **VEHICLES** | | 82,520.42 | 0.00c | 29,140.14 | 32,676.16 | 11,257.64 | 43,933.80 | 38,586.62 | | |
| | | **Grand Total** | | 9,257,105.67 | 0.00c | 290,887.72 | 530,497.66 | 456,123.81 | 986,621.47 | 8,270,484.20 | | |

**Fill in this information to identify the case:**

Debtor name   **FTTE, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **9:18-bk-00841**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

| 2.1 | **Charlotte County Tax Coll.**<br>Creditor's Name<br><br>**18500 Murdock Clrcle**<br>**Port Charlotte, FL**<br>**33948-1075**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Leasehold interest in land - Parcel ID**<br>**402527100001** | **$68,839.81** | **$10,300,000.00** |
| --- | --- | --- | --- | --- |

Creditor's email address, if known

**Describe the lien**
**Property taxes**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Charlotte County Tax Coll.**<br>Creditor's Name<br><br>**18500 Murdock Clrcle**<br>**Port Charlotte, FL**<br>**33948-1075**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Leasehold interest in real property - Parcel ID**<br>**40253100001** | $29,686.37 | $10,300,000.00 |
| --- | --- | --- | --- | --- |

Creditor's email address, if known

**Describe the lien**
**Property taxes**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **FTTE, LLC** | | Case number (if know) | **9:18-bk-00841** |
|---|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Charlotte County Tax Coll.**

Creditor's Name

**18500 Murdock Clrcle
Port Charlotte, FL
33948-1075**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**Describe debtor's property that is subject to a lien**
**Intangible tax**                                                **$5,399.00**        **$0.00**

**Describe the lien**
**Intangible Tax**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Charlotte County Tax Coll.**

Creditor's Name

**18500 Murdock Clrcle
Port Charlotte, FL
33948-1075**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8513**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Ad Valorem tax 2017**                                          **$5,355.82**        **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** | **Charlotte County Tax Coll.**

Creditor's Name

**18500 Murdock Clrcle
Port Charlotte, FL
33948-1075**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Business tax 2017 & 2018 @ $43.75 each year**                  **$87.50**          **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

| Debtor | **FTTE, LLC** | Case number (if know) | **9:18-bk-00841** |
|---|---|---|---|
| | Name | | |

---

**Date debt was incurred**

**Last 4 digits of account number**
**9123**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **FTTE Finance, LLC** | Describe debtor's property that is subject to a lien | **$2,000,000.00** | **$10,300,000.00** |

Creditor's Name
**23190 Fashion Dr.**
**Unit 203**
**Estero, FL 33928**
Creditor's mailing address

**Lien against leasehold and all other property of the debtor**

**Describe the lien**
**Note(s)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Gator Golf Carts** | Describe debtor's property that is subject to a lien | **$3,936.36** | **$500.00** |

Creditor's Name
**14580 Global Pkwy**
**Suite 110**
**Fort Myers, FL 33913**
Creditor's mailing address

**Golf cart**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Florida Tracks and Trails**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **JP Morgan Chase** | Describe debtor's property that is subject to a lien | **$21,438.61** | **$22,000.00** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **FTTE, LLC** | Case number (if know) | **9:18-bk-00841** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | | |
|---|---|---|
| **Bankruptcy Department** | **2014 Ford F-350 p/u** | |
| **301 No Walnut Street** | | |
| **18th Floor** | | |
| **Wilmington, DE 19801-3935** | | |
| Creditor's mailing address | **Describe the lien** | |
| | **Commercial Truck loan** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** | |
| **interest in the same property?** | Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated | |
| including this creditor and its relative | ☐ Disputed | |
| priority. | | |

| 2.9 | **Kubota Credit** | **Describe debtor's property that is subject to a lien** | $6,016.72 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Skid Steer** | | |
| | **3401 Del Amo Blvd.** | | | |
| | **Torrance, CA 90503** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an** | **As of the petition filing date, the claim is:** | | |
| | **interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, | ☐ Unliquidated | | |
| | including this creditor and its relative | ☐ Disputed | | |
| | priority. | | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,140,760.19 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **James A. Bonaquist** | Line  **2.6** | |
| **3550 E. Tamiami Trail** | | |
| **Naples, FL 34112** | | |

Debtor    **FTTE, LLC**
_____
         Name

         **Louis D. D'Agostino**
         **Cheffy Passidomo**
         **821 Fifth Ave., South**
         **Naples, FL 34102**

Case number (_if know_)    **9:18-bk-00841**
_____

Line   **2.6**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FTTE, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **9:18-bk-00841**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.1 Priority creditor's name and mailing address
**Florida Dept. of Revenue**
**5050 W. Tennessee Street**
**Building C**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

3.1 Nonpriority creditor's name and mailing address
**LPITW LLC**
**41660 Little Farms Road**
**Punta Gorda, FL 33982**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental and services for Debtor entity**

Is the claim subject to offset?  ■ No  ☐ Yes

**$168,434.62**

3.2 Nonpriority creditor's name and mailing address
**Allied Portables**
**PO Box 2506**
**Fort Myers, FL 33902-2506**

Date(s) debt was incurred _
Last 4 digits of account number  **aTR1**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Portable toilets rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,916.88**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    46163                    Best Case Bankruptcy

| Debtor | **FTTE, LLC** | Case number (if known) | **9:18-bk-00841** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,551.19 |
|---|---|---|---|

**Allied Specialty Insurance**
**10541 Gulf Blvd.**
**Saint Petersburg, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number  **0937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance agent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,664.83 |
|---|---|---|---|

**Banks Engineering**
**4161 Tamiai Trail, Bldg 5**
**Suite 501**
**Port Charlotte, FL 33952**

Date(s) debt was incurred _

Last 4 digits of account number  **3334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Engineering servies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,482.00 |
|---|---|---|---|

**Blanchard Communications**
**11637 Kensinton Court**
**Boca Raton, FL 33428**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Radio purchase and rentals**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.95 |
|---|---|---|---|

**BroadSky Networks**
**750 NW Charbonneau St.**
**Suite 201**
**Bend, OR 97701**

Date(s) debt was incurred _

Last 4 digits of account number  **1805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wireless services and products**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carl Bierbaum**
**9735 Blue Stone Cir**
**Fort Myers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gold Pass license holder - membership**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CEOHR**
**6901 Professional Pkwy E**
**Suite 104**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll company**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Padgett**
**3153 River Grove Cir**
**Fort Myers, FL 33905**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gold Pass license holder - membership**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **FTTE, LLC** | | Case number *(if known)* | **9:18-bk-00841** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,219.25** |
|---|---|---|---|
| | **CIT**<br>**21146 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0000** | **Basis for the claim:** **Network and Leasing** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **Cooke Land Development Inc**<br>**41660 Little Farm Rd**<br>**Punta Gorda, FL 33982** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Equipment rental and services supplied to Debtor** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,165.83** |
|---|---|---|---|
| | **Core Cashless**<br>**14803 W. 9th Street**<br>**Lenexa, KS 66215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Point of sale services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,736.00** |
|---|---|---|---|
| | **Creative Modular**<br>**Buildings, Inc.**<br>**8875 Hidden River Parkway**<br>**Suite 300**<br>**Tampa, FL 33637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **A2** | **Basis for the claim:** **Mobile food concession** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Daniel Nimelli**<br>**4316 Lubec Ave**<br>**North Port, FL 34287** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Gold Pass license holder - membership** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.26** |
|---|---|---|---|
| | **Dex Imaging**<br>**PO Box 17299**<br>**Clearwater, FL 33762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **FL68** | **Basis for the claim:** **Phone book advertising/listing** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Environmental Concrete &**<br>**Materials**<br>**15450 Alico Rd**<br>**Fort Myers, FL 33913** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FTTE, LLC** | Case number (if known) | **9:18-bk-00841** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Eric Flusche**
**322 NE 12th Ct.**
**Cape Coral, FL 33909**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Diamond license holder - membership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Fiber Solutions**
**12120 Metro Parkway**
**Fort Myers, FL 33966**

Date(s) debt was incurred __

Last 4 digits of account
number **Florida Tracks and Trails**

As of the petition filing date, the claim is: *Check all that apply.*                **$44,105.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Internet infrastructure, installations on site**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**First CZ Real Estate**
**9250 Corkscrew Rd**
**Suite 8**
**Estero, FL 33928**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*              **$1,000,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Loan**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**Florida Motorsports**
**6329 Naples Blvd.**
**Naples, FL 34109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Powersport and recreational equipment provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**FPL**
**GENERAL MAIL FACILITY**
**Miami, FL 33188-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Electrical provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**Fusion Network Billing**
**4 Piedmont Center**
**Suite 340**
**Atlanta, GA 30305**

Date(s) debt was incurred __

Last 4 digits of account number **3748**

As of the petition filing date, the claim is: *Check all that apply.*                **$8,443.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Original internet service provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Geffler Gonsalves**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Gold Pass license holder - membership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **FTTE, LLC**
Name                                                    Case number (if known)    **9:18-bk-00841**

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,000.00** |
|---|---|---|---|
| | **Gerald A. McHale** <br> **1601 Jackson St., #200** <br> **Fort Myers, FL 33901** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Forensic accounting services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,134.00** |
|---|---|---|---|
| | **Goldman, Tiseo & Sturges** <br> **701 JC Center Court** <br> **Suite 3** <br> **Port Charlotte, FL 33954** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Legal Services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Gordon's Food** <br> **3279 Colonial Blvd.** <br> **Fort Myers, FL 33916** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Food provider** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,911.53** |
|---|---|---|---|
| | **Helena Chemical Co.** <br> **3630 Selvitz Rd.** <br> **Fort Pierce, FL 34981** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **9399** | Basis for the claim:  **Biochemical agricultural products** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,211.13** |
|---|---|---|---|
| | **Hertz Rental Equipment** <br> **14501 Hertz Quail Springs Pk** <br> **Oklahoma City, OK 73134** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **5287** | Basis for the claim:  **Equipment rental** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|
| | **Imperial Services** <br> **951 NW 51 Place** <br> **Fort Lauderdale, FL 33309** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **4396** | Basis for the claim:  **Site Lighting services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason Roberts** <br> **1322 Cypress Ave.** <br> **Venice, FL 34285** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Gold Pass license holder - membership** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FTTE, LLC** | Case number (if known) | **9:18-bk-00841** |
|---|---|---|---|
| | Name | | |

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Jessie Vittur**
**12341 Eagle Pointe Cir**
**Fort Myers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gold Pass license holder - membership**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Joe Lehn**
**775 Tamiami Trail**
**Port Charlotte, FL 33953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gold Pass license holder - membership**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**John Deere**
**6400 NW 86th St.**
**Johnston, IA 50131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental - mowers, Gators**

Is the claim subject to offset? ■ No ☐ Yes

**$7,910.28**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**John Podesta**
**1610 Islamorada Blvd.**
**Apr. 61A**
**Punta Gorda, FL 33955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gold Pass license holder - membership**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Joshua Reynolds**
**1052 Harbour Way Pl**
**Punta Gorda, FL 33983**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diamond license holder - membership**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Mark E. Shives**
**12900 S. Jefferson Ave**
**Lake Placid, FL 33852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diamond license holder - membership**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Megan Archer**
**3637 Candia Ave**
**North Port, FL 34286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gold Pass license holder - membership**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **FTTE, LLC** | | Case number (if known) | **9:18-bk-00841** |
|---|---|---|---|---|
| | Name | | | |

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Metro Ice** | ☐ Contingent |
| | **1946 Honda Dr.** | ☐ Unliquidated |
| | **Fort Myers, FL 33907** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  __Ice provider for events__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,082.00** |
| | **MJS Utilities** | ☐ Contingent |
| | **139 SW Peckman St.** | ☐ Unliquidated |
| | **Port Charlotte, FL 33952** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  __Water services__ |
| | Last 4 digits of account number  __Florida Tracks and Trails__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **Palmdale Oil** | ☐ Contingent |
| | **911 N. Second St** | ☐ Unliquidated |
| | **Fort Pierce, FL 34950** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  __Commercial fuel__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Paradise Creative Group** | ☐ Contingent |
| | **17649 San Carlos Blvd** | ☐ Unliquidated |
| | **Fort Myers Beach, FL 33931** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  __Marketing for events__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$30,189.00** |
| | **Paul Polakoff Electric** | ☐ Contingent |
| | **PO Box 739** | ☐ Unliquidated |
| | **Estero, FL 33929** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  __Electrical and electrical equipment installation__ |
| | Last 4 digits of account number  __0752__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Peace River Distributors** | ☐ Contingent |
| | **9400 Piper Road** | ☐ Unliquidated |
| | **Punta Gorda, FL 33982** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  __Beer & Ale Provider__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Pepsi** | ☐ Contingent |
| | **3625 MLK Blvd.** | ☐ Unliquidated |
| | **Fort Myers, FL 33916** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  __Soft drink provider__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **FTTE, LLC** | Case number *(if known)* | **9:18-bk-00841** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address
**Presidio Network**
5237 Summerlin Commons Blvd.
Suite 328
Fort Myers, FL 33907

Date(s) debt was incurred _

Last 4 digits of account number **I219,3802,3373**

As of the petition filing date, the claim is: *Check all that apply.*                                $47,330.84

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet services provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address
**Quick Print**
1401 Viscaya Pkwy #1
Cape Coral, FL 33990

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Event printing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address
**Riley Group Direct, Inc.**
12814 Huntley Manor Dr
Jacksonville, FL 32224-7906

Date(s) debt was incurred _

Last 4 digits of account number  **0151**

As of the petition filing date, the claim is: *Check all that apply.*                                $9,224.81

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wrist bands for concerts**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address
**Ron North**
18446 Huckelberry Rd
Fort Myers, FL 33967

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $130,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address
**Shell Creek Dream, LLC**
20750 Six L. Farm Road
Estero, FL 33928-9601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $137,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address
**Southern Glazers Wine
& Spirits**
2385 Rockfill Rd.
Fort Myers, FL 33916

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liquor provider for events**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
**Southwest Engineering
& Design**
660 Charlotte St., Suite 8
Punta Gorda, FL 33982

Date(s) debt was incurred _

Last 4 digits of account number  **1949**

As of the petition filing date, the claim is: *Check all that apply.*                                $4,875.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Engineering Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTTE, LLC** | Case number *(if known)* | **9:18-bk-00841** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sprint**
**Post Office Box 660075**
**Attn: Legal Dept.**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Telephone provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,295.00** |
|---|---|---|---|

**Super Caps**
**Camino Viejo a Tecate #16890**
**Parque Industrial Los Pinos,**
**Nave #52, Niños Heroes Este**
**22120 Tijuana, B.C., Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Caps**

Last 4 digits of account number  **Michael S. Breto**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terry Wayne Myers**
**6057 Gewant Blvd. #BL**
**Punta Gorda, FL 33982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Diamond license holder - membership**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Insurance**
**10451 Gulf Blvd.**
**Saint Petersburg, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance provider**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thiago Toledo**
**2950 4th ST NE**
**Naples, FL 34120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gold Pass license holder - membership**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,500.00** |
|---|---|---|---|

**TRUSTEE OF THE KAREN KELLY**
**AUST TRUST**
**16252 Estuary Ct.**
**Bokeelia, FL 33922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,051.49** |
|---|---|---|---|

**Waste Management**
**25515 Old Landfil Rd.**
**Punta Gorda, FL 33980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refuse provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **FTTE, LLC** | | Case number *(if known)* | **9:18-bk-00841** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490,000.00** |
| --- | --- | --- | --- |

**Zelezarny Stepanov**
**Peroutková 290/5**
**602  00 Brno**
**CAECH Republic**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Loan_

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Gerald L. Meyer** **18436 Cutlass Dr.** **Fort Myers Beach, FL 33931** | Line  **3.19** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Martin F. Klingenberg, Esq** **1455 Blue Point Avenue** **Naples, FL 34102** | Line  **3.19** ☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,571,089.85 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 2,571,089.85 |

**Fill in this information to identify the case:**

Debtor name  **FTTE, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **9:18-bk-00841**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Leased employees: Tiffanie Cool Casey Cool Albert Mosley Nathaniel Dahlman Eddie Lopez Michael Pyatt Mark Komray Dusty Rowan (paid $15 per hr, non manager. Weekend security)** | |
| | State the term remaining | | **Century Employer 6901 Professional Pkwy Suite 104 Sarasota, FL 34240** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Customer license holders- See attached list, classified as Diamond Members (Lifetime) and Gold Pass Members (3 year)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Licenseholders** |

| Debtor 1 | **FTTE, LLC** | | | Case number *(if known)* | **9:18-bk-00841** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **M. Lewis Hall Protective Testamentary Trust for William Lewshane Hall, beneficiary and William Lewshane Hall, Individually - lease of 996 acres, with option to lease 500 additional acres. Originally leased to Florida Tracks and Trails, Inc. and lease was assigned to FTTE, LLC on May 29, 2013.** | |
|---|---|---|---|
| | | **The leasehold was pledged as collateral to FTTE Finance, LLC.** | |
| | State the term remaining | | **Phillip Von Kahle (curator)** |
| | List the contract number of any government contract | | **c/o Porter Wright, et al.** |
| | | | **9132 Strada Pl, 3rd Floor** |
| | | | **Naples, FL 34108** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

## LICENSES SOLD

DIAMOND - Lifetime memberships (include spouse and minor children) cost $5k
Mark Shives
Terry Myers
Eric Flusche
Josh Renyolds

GOLD PASS - 3 year members(include spouse and minor children) cost $1500
Carl Bierbaum 7-17-17
Jessie Vittur 6-20-17
Chris Padgett 1-19-17
Joe Lehn 12-26-16
Jason Roberts 1-4-17
Daniel Nimelli 1-12-17
John Podesta 4-5-17
Thiago Toledo 4-17-17
Megan Archer 4-11-17
Geffler Gonsalves 4-24-17

**Fill in this information to identify the case:**

Debtor name    **FTTE, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **9:18-bk-00841**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy