**EXHIBIT B**

**EXHIBIT B – Allowed Non Insider Creditors**

| Creditor | Claim Scheduled | Filed Claim Amount | | Per Tiffanie |
|---|---|---|---|---|
| Allied Portables | $2,916.88 | | | Y |
| Banks Engineering | $15,664.83 | | | Y |
| Blanchard Communications | $2,482.00 | | | Y |
| BroadSky Networks | $299.95 | | | Y |
| CIT | $2,219.25 | $9,606.70 | | Leased copier - Reject |
| Core Cashless | $42,165.83 | | | Y |
| Creative Modular Buildings, Inc. | $18,736.00 | $18,736.00 | | Y but may have made paid $1,000 |
| Dex Imaging | $255.26 | | | Y |
| Environmental Concrete & Materials | $20,000.00 | | | Y |
| Fiber Solutions | $44,105.65 | | | Y |
| Fusion Network Billing | $8,443.31 | | | Y |
| Gerard A. McHale | $78,000.00 | | | Y |
| Goldman, Tiseo & Sturges | $1,134.00 | | | Y |
| Helena Chemical Co. | $4,911.53 | | | Y |
| Herc Rental Equipment | $61,211.13 | $85,410.80 | | Y |
| Imperial Services | $2,600.00 | | | ?? |
| Paradise Creative Group | 0.00 | | | Not working |

| | | | | |
|---|---|---|---|---|
| | | | | with them – no balance.- file objection to scheduled claim. |
| Paul Polakoff Electric | $30,189.00 | | | Y |
| Presidio Network | $47,330.84 | | | Y |
| Riley Group Direct | $6,722.21 | $6,722.21 | | Y |
| Southwest Engineering & Design | $4,875.00 | | | Y |
| Super Caps | $5,295.00 | | | Y |
| Waste Management | $1,051.49 | $532.24 | | Y |
| **Total Claims** | **$400,609.16** | **$121,007.95** | | |
| | | | | |

**Total Owed** $400,609.16