**EXHIBIT C**

**HOLDERS OF SCHEDULED AND ALLOWED INSIDER UNSECURED CLAIMS**

| Name | Cumulative Petition to Date |
|---|---:|
| Taurus Management | $7,974.26 |
| Terry Cooke | 90,667.24 |
| Karen Aust | 28,500.00 |
| Shell Creek | 8,500.00 |
| Ron North | 8,500.00 |
| **TOTAL** | **$144,141.50** |