**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:

FTTE, LLC                                                                                          Case No.  2:18-bk-00841-FMD

       Debtor(s)
_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

      COMES NOW, Robert E. Tardif Jr., as Trustee of the above-captioned matter, and respectfully states that, in accordance with the Amended Report and Notice of Trustee's Intention to Abandon Property of the Estate (Doc. 323), he disbursed the funds in the Trustee's account to the Debtor, but the checks were never presented for payment.  The Trustee has attempted to locate the Debtor, but has not been successful.

| Claim # | Check # | Claimant/Debtor | Amount |
|---|---|---|---|
|  | 1001/1002 | FTTE, LLC<br>39450 Bermont Road<br>Punta Gorda, FL 33982 | $11,319.28 |

The Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the total amount of $11,319.28 to the clerk of court for deposit in the "unclaimed funds account," and states that the Debtor(s) entitled thereto is as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to the U.S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL, 33602, this 9th day of May, 2024.

                                            /s/ Robert E. Tardif Jr.
                                        Robert E. Tardif Jr., Trustee
                                        1601 Jackson Street, Suite 105
                                        Fort Myers, FL 33901
                                        (239) 362-2755
                                        (239) 362-2756 - facsimile